# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT of Alabama:

James Broadhead
Inmate Identification Number: 224802

Bowman,
Tyreese Cower
(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**
It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

2:14-CV-641-MHT

vs.

1. Officer, Warden I, Anfela Mixer,
2. Officer, Captain, J. Baldwin,
3. Officer, Sergeant, T. Thomas,
4. Officer, Sergeant, Foster,
5. Officer, C/O, Clifforde SUTTON,
6. Officer, LPN, Scott,
7. Officer, David TyTell,
8. Officer, LPN, Calhoun,

Officer C/o, S. Cooks,
Officer, C/o, Brian Robinson,
Officer, RN, Jackie Russell,
(Enter above the full name of the plaintiff in this action)

(Enter above the full name(s) of the defendant(s) in this action)

1. **Previous lawsuits.**

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (✓)   No ( )

   B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____ N/A _____

II. Place of present confinement ____ Donaldson Correctional Facility. ____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? Officer, Anfala Minee, and Officer, T. Baldwin and Officer, T. Thomas, Correctional Officers

      2. What was the result? Officer, Foster, and Officer, Clifford Sutton, and Officer, LPN, Scott, and Officer, David Tytell, and Officer, LPN, Calhoun, and Officer, S. Cooks, and Officer, Brian Robinson, and Officer, RN, Jackie Russell,

   D. If your answer is NO, explain why not? _____

      _____

      _____

      _____

III. Parties
     In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) ____ James M. Broadhead #284803, Segregation S-12, William E. Donaldson Correctional Facility. 100, Warrior Lane, ____

      Address ____ Bessemer, AL, 35023. ____

IV. EXHAUSTION OF LEGAL REMEDIES.

There is no Inmate Grievance procedure in the Alabama Department of Corrections AR #319 Inmate Grievance procedure is not available to inmates because it is still on review.

17. Plaintiff, re-allege and incorporate by reference to paragraphs 1-16.

18. The unlawful Deadly Physical Force on plaintiff constitute Assault and Battery, Violated plaintiff, JAMES Broadhead rights and constituted A Criminal Offense in Alabama under the Statutes Code 1896 344, Sections § 13A-3-23 Section § 13A-1-2(8) section § 13A-1-2(9), of the Criminal Code of 1975.

19. The broken El-bow and burst head and teeth broken of plaintiff, Violated plaintiff James rights under the Statutes Sections § 13A-23, 13A-1-2(8) 13A-1-2(9) of the Criminal Code of 1975, and constituted Dueprocess Violation under Color of State law, under the Section § 8, 10, 11, 13, 15, of Art I of the constitution of Alabama of 1901. 20) The plaintiff has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irreparably injured by the court of the defendants unless the court grants the prosecutions and the compensatory and punitive damages relief which plaintiff seeks.

VI. Prayer For relief

Where fore plaintiff respectfully prays that this court enter judgment granting plaintiffs: 21) A declaration that the acts and omissions described here in Violated plaintiffs rights under the Statutes under the criminal offense under the title 13A criminal code, of 1975, and the constitution and laws of the State of Alabama. 22), compenseatory damages in the amount of $10,000,00, against each defendant jointly and severally 23). Punitive damages in the amount of $10,000,00, against each defendant, 24). A jury trial on all issues triable by jury 25), Granting Appointment of counsel 26). Plaintiff cost in this case 27). Circuit court judges authority granted them by law to exercise such other powers as are or may be granted them by law [3.12-17-26 code of Alabama 1975],

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant _____

   is employed as _____

   at _____

C. Additional Defendants _____

   _____

   _____

   _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

4/18/2014. The Prison do Not have a grievance Procedure But "I" Still made complaint To warden and commissioner "I" was Put on Transfere William E. Donaldson so I Exhaust all available administrative remedies, before The filing of this The act of The (PLRA) officer, warden, I, Angela Mixee, and officer, Captain, J. Baldwin, all (4) is employed as Defendants acted Under state Law and color of state Law with Deadly Excessive force as The Plaintiff was Beat and Struck with security sticks by (4) officers Named here in as Defendants IN said case Therefore The Plaintiff was Strucka.

-3-

Cooper & Green Hospital" 969, Times by The (4) Named Defendants as The Plaintiff was Placed IN 2 Free world Hospital, where He Had a broken arm in (3) Places and Staples IN THE Head and (3) or (4) Teethe was knocked out as There was Threats on The Plaintiff Life The Plaintiff was Transfered

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for His safety, as The Plaitff Had fracture To His feet and ankle area from Deadly Excessive force from Defendants, "Compensatory Damages IN THE amount of $10,000.00, agains T each Defendant Jointly and Severally for Irreparble IN Juxys..... Punitive Damages, IN THE amount of $10,000.00, against each Defendant, Jointly and Severally for Irreparable IN Juxys.... for a Total sum of $80,000.00, Thousand Dollars Total Claim Plaintiff Cost IN Lawsuit.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6-15-2014__
(date)

James M. Broadhead AIS # 224802,
Segregation S-12,


William E. Donaldson Correctional Facility
100, Warrior Lane
Bessemer AL, 35023.


James M. Broadhead,
Signature(s)

- 4 -

James M. Broadhead, # 224068, Segregation. 0-12,
William E. Donaldson Correctional Facility,
100, Warrior Lane,
Bessemer AL, 35023.

BIRMINGHAM AL 350
27 JUN '14
PM 5 L



69

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of THE CLERK
UNITED STATES DISTRICT COURT.
ONE CHURCH STREET, SUITE B-110

**LEGAL ONLY**

Montgomery, Alabama, 36104-4018