IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, | ) |
| | ) |
| Plaintifff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-cv-641-MHT |
| | )            [wo] |
| ANGELA MIREE, et al., | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On July 17, 2014, the magistrate judge filed a recommendation in this case to dismiss this case without prejudice for the plaintiff's failure to pay the filing and administrative fees upon initiation of this case. Plaintiff filed no objections to this recommendation. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (doc. 3) is adopted.

DONE this 28th day of August, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE